IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

STANLEY PAYNE, SR.,


     Plaintiff,

VS.                                               No. _____

MEMPHIS AREA TRANSIT AUTHORITY,


     Defendant.

_____

**COMPLAINT**

_____

     TO THE UNITED STATES DISTRICT COURT JUDGES OF THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION:

  1.  Plaintiff is a resident and citizen of Shelby County, Tennessee.

  2.  Defendant, **MEMPHIS AREA TRANSIT AUTHORITY**, is a an entity authorized to do business in the State of Tennessee and in fact conducting business in the State of Tennessee.

     Plaintiff is employed by the Defendant in Memphis, Shelby County, Tennessee. Plaintiff was hired in August 2007 and he is still employed there.  It is an especially hostile work environment for the Plaintiff.

  3.  Plaintiff filed a charge of discrimination with the EEOC because he believed that he

is being treated illegally. A copy of his charge of discrimination has been attached hereto as an exhibit to this complaint and the facts and the allegations set forth therein are incorporated by reference into this complaint as if stated verbatim. By later dated July 27, 2022 the Equal Employment Opportunity Commission sent him a notice of right to sue letter notice that he had ninety (90) days to commence suit in the United States District Court. This action is that suit for relief. A copy of that notice is also attached to this complaint and incorporated verbatim and by direct reference here.

4. Plaintiff alleges that his treatment by this Defendant violated the employment laws of the United States in that he has been subject to discrimination and frequent and intense retaliation for filing EEOC complaints and concerns, including this one.

Plaintiff had a good and satisfactory work record with the company and had received generally favorable employment reviews during her tenure.

5. This court has jurisdiction of this claim pursuant 28 USC 1331.

**WHEREFORE, PREMISES CONSIDERED, IT IS PRAYED:**

1. That the Defendant be served with this complaint and be required to answer or suffer a judgment by default.

2. For compensatory damages, lost pay and benefits, and for attorney fees for the wrongs asserted.

3. For injunctive relief as might be appropriate.

4.       For such further and other relief as to which the Plaintiff may be entitled, including

the right to amend or correct this complaint.


RESPECTFULLY SUBMITTED,

s/ Ted I. Jones

_____

Ted I. Jones, #11017
JONES & GARRETT
Professional Association
Suite 1200
2670 Union Avenue Extended
Memphis, Tennessee  38112
(901) 526-4249
Attorney for the Plaintiff
Dtedijones@aol.com